IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOSHUA THOMAS WILLIAMS      PLAINTIFF

v.      No. 4:09CV69-M-D

TERRY L. BURNS, ET AL.      DEFENDANTS

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated May 2, 2011, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 2, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That default judgment is **ENTERED** in the amount of $500.00 against defendant Terry L. Burns for causing the plaintiff's injuries resulting in eight stitches in one place on his right hand and four stitches in another place on the same hand.

3. That the plaintiff has not proved his claim of nerve damage to his hand.

4. That this case is **CLOSED**.

THIS, the 8th day of June, 2011.

                                              **/s/ MICHAEL P. MILLS**
                                              **CHIEF JUDGE**
                                              **UNITED STATES DISTRICT COURT**
                                              **NORTHERN DISTRICT OF MISSISSIPPI**